IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEXINGTON INSURANCE COMPANY,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION  07-0323-WS-C |
| **EDMOND H. SMITH, III,** | : | |
| Defendant. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 29, 2007 is **ADOPTED** as the opinion of this Court.

In light of this determination, it is **declared** that Lexington insurance policy LE 0614116 01 is **void** due to misrepresentations and fraudulent conduct relating to claims made under the policy by defendant and/or his appointed agent.

**DONE** and **ORDERED** this 26th day of November, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE