IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEXINGTON INSURANCE COMPANY,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION  07-0323-WS-C |
| **EDMOND H. SMITH, III,** : | |
| Defendant. : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that a default judgment be entered against defendant Edmond H. Smith, III, as a sanction for his failure to participate in pretrial proceedings and obey the orders of this Court.  It is further **ORDERED, ADJUDGED,** and **DECREED** that Lexington does not owe any additional amounts to defendant under the terms and conditions of Lexington insurance policy LE 0614116 01.

**DONE** this 26th day of November, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE